UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 13-17247 |
| District Court/Agency Case Number(s): | CV-13-1079-PHX-DGC |
| District Court/Agency Location: | District of Arizona |
| Case Name: | NAACP, et al. v. Thomas Horne, et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | Order Granting Defendants' Motion to Dismiss (Doc. 44)<br>Final Judgment (Doc. 45) |
| Name of party/parties submitting this form: | NAACP, Maricopa County Branch<br>National Asian Pacific American Women's Forum |

Please briefly describe the dispute that gave rise to this lawsuit.

Plaintiffs are organizations that include Black and Asian or Pacific Islander ("API") Arizona women as members. The lawsuit seeks to invalidate H.B. 2443 ("the Act"), under the Equal Protection Clause, an Arizona law that was openly enacted based on inaccurate, demeaning, and invidious race-based stereotypes about the reasons Black and API women have abortions and seeks to monitor the reasons Black and API women have abortions.

Briefly describe the result below and the main issues on appeal.

The district court granted Defendants' Motion to Dismiss for lack of standing (lack of cognizable injury).

The main issue on appeal is whether the stigmatizing injury caused by legislation based on invidious racial stereotypes is sufficient to demonstrate constitutional injury.

Describe any proceedings remaining below or any related proceedings in other tribunals.

This matter has been closed below. There are no proceedings remaining below, nor are there any related proceedings in other tribunals.

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Kelly Flood

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Plaintiffs/Appellants

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.